IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. PATTERSON                                                                    PLAINTIFF

V.                                        NO. 4:05CV01498 SWW

PULASKI COUNTY JAIL                                                              DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  In his objections, plaintiff also asks that this action be dismissed without prejudice, which the Clerk has docketed as a motion to dismiss [doc.#9].  That motion is denied as moot as the Court in any case adopts in their entirety the Findings and Recommendations dismissing this action as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety, without prejudice.  Any pending motions are denied as moot. Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 9th day of February, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE