IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES E. PATTERSON                                                                                    PLAINTIFF

V.                                        NO. 4:05CV01498 SWW

PULASKI COUNTY JAIL                                                                              DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 9th day of February, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE